<em>Hearing scheduled<br>
Date: December 20, 2017<br>
Time: 9:00 a.m.<br>
Location: Portland<br>
Objection date: December 13, 2017[1]</em>

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

In the matter of:

**Steven Edward Roberts**                          Chapter 13
                                                   Case No. 17-20543
    Debtor

## OBJECTION OF STATE TAX ASSESSOR TO CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN

NOW COMES Jerome D. Gerard, State Tax Assessor (the "Assessor") of the State of Maine Bureau of Revenue Services ("MRS"), by and through his attorney, Kevin J. Crosman, and objects to the Debtor's chapter 13 plan (the "Plan") [Dkt. No. 2].

### Background

1. Steven E. Roberts (the "Debtor") filed a petition for protection under chapter 13 of the United States Bankruptcy Code (the "Code")[2] on October 5, 2017 (the "Petition Date").

2. The Debtor has not filed State of Maine income tax returns for 2014 or 2015.

3. The first meeting of the creditors concluded on December 1, 2017.

4. On November 16, 2017, MRS filed timely a fully estimated proof of pre-petition claims for the Debtor's unpaid State of Maine income tax, interest, and penalties for 2012, 2014, and 2015 in the total amount of $7,254.02, of which $3,895.50 is asserted as a priority unsecured

---

[1] This Objection is filed untimely with the consent of the Debtor and the Trustee. Androscoggin Bank's position on the timeliness issue is unknown as of the filing of this objection.

[2] Unless expressly noted otherwise, all references to the "Code" or specific statutory sections shall be to the Bankruptcy Reform Act of 1978, as amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, Pub. L. No. 109-8, 119 Stat. 23, 11 U.S.C. § 101, et seq.

claim and $3,358.52 is asserted as a non-priority unsecured claim. *See* [Claims Register, Claim No. 3]. The Plan fails to provide for MRS's priority unsecured claim in any capacity.

## Objections

MRS objects to the Plan as follows:

1. The Debtor's Plan may not be confirmed, and his case should be dismissal, due to his failure to file State of Maine individual income tax returns for 2014 and 2015 before the conclusion of the first meeting of the creditors. §§ 1307(e), 1308, 1325(a)(9).

2. MRS's priority unsecured claim cannot be quantified unless and until the Debtor files the missing returns for 2014 and 2015, both of which returns were last due, including extensions, after three years before the Petition Date. *See* § 507(a)(8)(A)(i). Without these returns, MRS cannot determine whether the Plan "provide[s] for the full payment . . . of all claims entitled to priority under section 507" as required by §§ 507(a)(8)(A)(i), 1322(a)(2), 1325(a)(1). Based on the current factual matrix, moreover, MRS's priority unsecured claim totals $3,895.50 and therefore the Plan may not be feasible. §§ 507(a)(8)(A)(i), 1322(a)(2), 1325(a)(6).

WHEREFORE, the Assessor respectfully requests that this Court deny confirmation of the Debtor's Chapter 13 Plan and grant such other relief as is just and fair.

Dated: January 12, 2018, in Augusta, Maine.

                                      Respectfully submitted,

                                      /s/Kevin J. Crosman
                                      Kevin J. Crosman
                                      Assistant Attorney General
                                      Attorney for State Tax Assessor
                                      Office of Attorney General
                                      6 State House Station
                                      Augusta, Maine 04333
                                      (207) 626-8846
                                      kevin.crosman@maine.gov

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

In the matter of:

**Steven Edward Roberts**                                    Chapter 13
                                                             Case No. 17-20543

    Debtor

### CERTIFICATE OF SERVICE

I, Kevin J. Crosman Attorney for the State Tax Assessor, hereby certify that I have this day made service electronically on all the parties listed on the Notice of Electronic filing pursuant to the Bankruptcy Court's ECF system of the foregoing **OBJECTION OF STATE TAX ASSESSOR TO CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN** and of this Certificate of Service.

    Andrew M. Dudley, Esq., Chapter 13 Trustee

    J. Scott Logan Esq., Debtor's Counsel

    Office of the U.S. Trustee

    *All others listed as being served electronically.*

Dated: January 12, 2018                       /s/Kevin J. Crosman
                                              Kevin J. Crosman
                                              Assistant Attorney General
                                              Attorney for State Tax Assessor
                                              Office of Attorney General
                                              6 State House Station
                                              Augusta, Maine 04333
                                              (207) 626-8846
                                              kevin.crosman@maine.gov